United States District Court
Southern District of Texas
**ENTERED**
January 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* NATASHA LYONS | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 18-cv-00302 |
| v. | § § | |
| | § | **FILED UNDER SEAL** |
| CORNERSTONE HEALTHCARE GROUP, L.P., *et al.* | § § § | |
| Defendants. | § § | |

## SEALED ORDER

The United States has filed a Notice of Intervention in the above-captioned *qui tam* action against Defendants Cornerstone Healthcare Group, L.P., CHG Hospital Medical Center, LLC, d/b/a Cornerstone Hospital Medical Center, and Cornerstone Healthcare Group Holding, Inc., for the purpose of settlement, pursuant to a Settlement Agreement, between the United States, Relator Natasha Lyons, and Defendants. Accordingly, **IT IS ORDERED** that the United States will file a Joint Stipulation of Dismissal or, in the alternative, a complaint of intervention within ninety days.

Signed on Galveston Island this 17th day of January, 2023.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE